COURT OF CRIMINAL Appeal
CLERK ABEL ACOSTA
Supreme COURt Blvd.
201 west 14th st.
Room 106
Austin, texas 78701

CAUSE NO.
497256  SUBJect MAtter:
497335  i need MY DOCUMENts
497339  BAck i sent you
497338  DAte 2-3-14      "
497337  Please "Return" Records
497336

2-18-15

Dear clerk Abel Acosta is in receipt Letter regarding
i need to write the INNOCENCE PROJECT's thank you for the
Address. But in order FCR me to contact them, i need my Records
DOCUMENT's Legal paper i sent you in order to explain to them
that i need there Assistant with my INNOCENCE
I'm going need my DOCUMENT's to Prove my INNOCENCE to them
Please Send me DOCUMENTS i sent you BAck to me
i sent You the following DOCUMENT:                                    497339
(Abbrevrate Robbery Indictment)(4,)497336 497337 497338
with Return by GRAND Jury FORMAN 179th SIGNAture

(Judgment's) 4 497337, 497338, 497339, 497335

(Abbrauated) sexual ASSOAlt Indictment

(complaint) 1 No 497336

(Docket sheet) 1 No 497335 Abb. sex.

("2" Dismissal(s) No 497336, 497337  2

(order Appoint Counsel) No 497335 497336 497337 497338 497339       497356

(SANity evaluation) 2 RAmon A. LAVAl P.h.D.
(SANity evaluation) 1 JAime GANC m.D.

(Attorney Affidaued) Luis me whether "Affidavid" 1

your Help IN this matter will be deeply Appreciated       your Assitance

Please Return my Record  RespectFuly Submitted
to me SO I CAN              HermAN Sidney Flowers
                           TRC-J ID No 495732
explain the Kind of        Ellis unit 1697 Fm 980
Help I need:               Huntsville, Tx. 77343

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 24 2015
Abel Acosta, Clerk